UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| N.F. by and through her parents and guardians, *et al.*,<br><br>               Plaintiffs,<br>    v.<br><br>MICROSOFT CORPORATION WELFARE PLAN; and MICROSOFT CORPORATION,<br><br>               Defendants. | CASE NO. C17-1889-JCC<br><br>MINUTE ORDER |

      The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

      This matter comes before the Court on the parties' stipulation and proposed order to extend the time for Defendants to respond to the complaint. (Dkt. No. 11). Finding good cause, the Court ORDERS that Defendants shall file their answer to Plaintiffs' complaint no later than February 20, 2018.

      DATED this 9th day of January 2018.

                                              William M. McCool
                                              Clerk of Court

                                              s/Tomas Hernandez
                                              Deputy Clerk