UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| N.F., by and through her parents and guardians, *et al.*,<br><br>            Plaintiffs,<br><br>    v.<br><br>MICROSOFT CORPORATION WELFARE PLAN, and MICROSOFT CORPORATION<br><br>            Defendants. | CASE NO. C17-1889-JCC<br><br>MINUTE ORDER |

        The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

        This matter comes before the Court on the parties' stipulation and proposed order for filing an amended complaint and related deadlines (Dkt. No. 19). Finding good cause, the Court ORDERS that Plaintiffs shall file an amended complaint no later than February 23, 2018. Defendants shall file their response no later than 30 days after Plaintiffs file their amended complaint.

        //

        //

        //

        //

1     DATED this 20th day of February 2018.

2
                         William M. McCool
3
                         Clerk of Court

4
                         s/Tomas Hernandez
5
                         Deputy Clerk

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

MINUTE ORDER
C17-1889-JCC
PAGE - 2