THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

N.F., by and through her parents and guardians, *et al.*,

            Plaintiffs,

  v.

MICROSOFT CORPORATION WELFARE PLAN, and MICROSOFT CORPORATION

            Defendants.

CASE NO. C17-1889-JCC

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to extend certain case deadlines (Dkt. No. 23). Finding good cause, the Court ORDERS the following case management deadlines:

| Event | Deadline |
| --- | --- |
| Parties Conduct Rule 26(f) Conference | April 13, 2018 |
| Rule 26(a)(1) Initial Disclosures | April 27, 2018 |
| Joint Status Report and Discovery Plan | April 27, 2018 |
| Status Conference | May 8, 2018 at 9:00 a.m. |

The Clerk is DIRECTED to TERMINATE the status conference currently scheduled for

MINUTE ORDER
C17-1889-JCC
PAGE - 1

March 20, 2018.

DATED this 28th day of February 2018.

William M. McCool<br>Clerk of Court<br><br>s/Tomas Hernandez<br>Deputy Clerk