THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| N.F., *et al.*, | CASE NO. C17-1889-JCC |
| Plaintiffs, | MINUTE ORDER |
| v. | |
| MICROSOFT CORPORATION WELFARE PLAN and MICROSOFT CORPORATION, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulation and proposed order (Dkt. No. 28) regarding a briefing schedule for Defendants' motion to dismiss (Dkt. No. 26). Pursuant to the parties' stipulation the Court ORDERS the following:

1. Plaintiffs shall file their response to Defendants' motion to dismiss no later than May 1, 2018.

2. Defendants shall file their reply to Plaintiffs' response no later than May 15, 2018.

The Clerk is DIRECTED to re-note Defendants' motion to dismiss (Dkt. No. 28) to May 15, 2018.

MINUTE ORDER
C17-1889-JCC
PAGE - 1

DATED this 20th day of April 2018.

<u>William M. McCool</u>
Clerk of Court

<u>s/Tomas Hernandez</u>
Deputy Clerk