THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| A.H. by and through G.H. and L.C., both individually, and on behalf of the MICROSOFT CORPORATION WELFARE PLAN, and on behalf of similarly situated individuals and plans, <br><br> Plaintiff, <br> v. <br><br> MICROSOFT CORPORATION WELFARE PLAN; and MICROSOFT CORPORATION, <br><br> Defendants. | CASE NO. C17-1889-JCC <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulation and proposed order to set the deadline for Defendants to respond to the amended complaint. (Dkt. No. 37). Finding good cause, the Court ORDERS that Defendants shall respond to Plaintiff's amended complaint no later than July 19, 2018.

//

//

//

//

MINUTE ORDER
C17-1889-JCC
PAGE - 1

1       DATED this 20th day of June 2018.

                                                  William M. McCool
                                                  Clerk of Court

                                                  s/Tomas Hernandez
                                                  Deputy Clerk

MINUTE ORDER
C17-1889-JCC
PAGE - 2