THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| A.H. by and through G.H. and L.C., both individually, and on behalf of the MICROSOFT CORPORATION WELFARE PLAN, and on behalf of similarly situated individuals and plans,<br><br>Plaintiff,<br>v.<br><br>MICROSOFT CORPORATION WELFARE PLAN; and MICROSOFT CORPORATION,<br><br>Defendants. | CASE NO. C17-1889-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulation and proposed order to establish deadlines for class certification briefing (Dkt. No. 39). Pursuant to stipulation, the Court ENTERS the following order:

1. The parties have agreed that if Plaintiff intends to support his motion for class certification with a report from an expert or experts, then such expert report(s) shall be disclosed to Defendants on or before September 17, 2018.

2. Plaintiff's Motion for Class Certification should be filed on or before September 27, 2018. Any expert(s) proffered by Plaintiff will be made available for deposition on a mutually

agreeable date prior to Defendants' response brief.  Defendants shall produce any expert reports used to support its opposition to the Motion for Class Certification on or before October 26, 2018.  Defendants' Response shall be due on or before October 26, 2018.  Any expert proffered by Defendants will be made available for deposition on a mutually agreeable date prior to Plaintiff's Reply brief.  Plaintiff's Reply shall be due on or before November 9, 2018.  The Motion for Class Certification shall be noted for November 9, 2018.

IT IS SO STIPULATED.

DATED this 29th day of June, 2018.

SIRIANNI YOUTZ
SPOONEMORE HAMBURGER
Attorneys for Plaintiffs

By: */s/ Richard E. Spoonemore*
Eleanor Hamburger, WSBA #26478
Richard E. Spoonemore, WSBA #21833
701 Fifth Avenue, Suite 3650
Seattle, Washington 98104
Tel. (206) 223-0303; Fax (206) 223-0246
E-mail:  ehamburger@sylaw.com
E-mail:  rspoonemore@sylaw.com

JORDAN LEWIS, P.A.
Attorneys for Plaintiffs

By: */s/ Jordan Lewis*
Jordan M. Lewis (*pro hac vice*)
4473 NE 11th Avenue
Fort Lauderdale, FL 33334
Tel. (954) 616-8995; Fax (954) 206-0374
E-mail:  jordan@jml-lawfirm.com

DAVIS WRIGHT TREMAINE LLP
Attorneys for Defendants

By: */s/ Rebecca Francis*
Rebecca Francis, WSBA #41196
1201 Third Avenue, Suite 2200
Seattle, WA 98101
Tel. (206) 622-3150; Fax (206) 757-7700
E-mail:  rebeccafrancis@dwt.com

GIBSON, DUNN & CRUTCHER LLP

Attorneys for Defendants

By:   */s/ Heather L. Richardson*
     Heather L. Richardson *(pro hac vice)*
     Richard J. Doren *(pro hac vice)*
     333 South Grand Avenue
     Los Angeles, CA 90071
     Tel. (213) 229-7000; Fax (213) 229-7520
     E-mail: hrichardson@gibsondunn.com
     E-mail: rdoren@gibsondunn.com

By:   */s/ Geoffrey M. Sigler*
     Geoffrey M. Sigler *(pro hac vice)*
     1050 Connecticut Avenue, N.W.
     Washington, D.C. 20036
     Tel. (202) 887-3752; Fax (202) 530-9635
     E-mail: gsigler@gibsondunn.com

DATED this 2nd day of July 2018.

     William M. McCool
     Clerk of Court

     s/Tomas Hernandez
     Deputy Clerk