THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| A.H. by and through G.H. and L.C., both individually, and on behalf of the MICROSOFT CORPORATION WELFARE PLAN, and on behalf of similarly situated individuals and plans, | CASE NO. C17-1889-JCC |
| | MINUTE ORDER |
| Plaintiff, | |
| v. | |
| MICROSOFT CORPORATION WELFARE PLAN; and MICROSOFT CORPORATION, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulation and proposed order to amend the deadlines for filing class certification briefing (Dkt. No. 44). Pursuant to stipulation, the Court ENTERS the following amended case management deadlines:

| Task | Deadline |
|---|---|
| Plaintiff's expert report related to class certification | October 22, 2018 |
| Plaintiff's motion for class certification | November 1, 2018 |
| Defendant's expert report related to class certification | December 7, 2018 |

| | |
|---|---|
| Defendant's response to class certification | December 7, 2018 |
| Plaintiff's reply to motion for class certification | December 21, 2018 |

Plaintiff shall note its motion for class certification on December 21, 2018. Pursuant to stipulation, the Court further ORDERS that any expert(s) proffered by Plaintiff will be made available for deposition on a mutually agreeable date prior to Defendants' response brief, any expert proffered by Defendants will be made available for deposition on a mutually agreeable date prior to Plaintiff's reply brief.

DATED this 17th day of September, 2018.


William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk