THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| A.H. by and through G.H. and L.C., both individually, and on behalf of the MICROSOFT CORPORATION WELFARE PLAN, and on behalf of similarly situated individuals and plans,<br><br>Plaintiff,<br>v.<br><br>MICROSOFT CORPORATION WELFARE PLAN; and MICROSOFT CORPORATION,<br><br>Defendants. | CASE NO. C17-1889-JCC<br><br>MINUTE ORDER |
|---|---|

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulation and proposed order to amend the deadlines for filing class certification briefing (Dkt. No. 46). Pursuant to stipulation, the Court ENTERS the following amended case management deadlines:

| Task | Deadline |
|---|---|
| Plaintiff's expert report related to class certification | November 26, 2018 |
| Plaintiff's motion for class certification | December 6, 2018 |
| Defendants' expert report related to class certification | January 11, 2019 |

| | |
|---|---|
| Defendants' response to class certification | January 11, 2019 |
| Plaintiff's reply to motion for class certification | January 25, 2019 |
| Motion for class certification noting date | January 25, 2019 |

Pursuant to stipulation, the Court further ORDERS that any expert(s) proffered by Plaintiff will be made available for deposition on a mutually agreeable date prior to Defendants' response brief, any expert proffered by Defendants will be made available for deposition on a mutually agreeable date prior to Plaintiff's reply brief.

DATED this 22nd day of October, 2018.

<u>William M. McCool</u>
Clerk of Court

<u>s/Tomas Hernandez</u>
Deputy Clerk