UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| A.H. by and through G.H. and L.C., both individually, and on behalf of the MICROSOFT CORPORATION WELFARE PLAN, and on behalf of similarly situated individuals and plans,<br><br>Plaintiff,<br>v.<br><br>MICROSOFT CORPORATION WELFARE PLAN; and MICROSOFT CORPORATION,<br><br>Defendants. | CASE NO. C17-1889-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulation and proposed order to amend the deadlines for filing class certification briefing (Dkt. No. 49). Pursuant to stipulation, the Court ENTERS the following amended case management deadlines:

| Task | Deadline |
|---|---|
| Plaintiff's expert report related to class certification | December 10, 2018 |
| Plaintiff's motion for class certification | December 20, 2018 |
| Defendant's expert report related to class certification | February 1, 2019 |

| 1 | Defendant's response to class certification | February 1, 2019 |
|---|---|---|
| 2 | Plaintiff's reply to motion for class certification | February 15, 2019 |

Plaintiff shall note its motion for class certification on February 15, 2019. Pursuant to stipulation, the Court further ORDERS that any expert(s) proffered by Plaintiff will be made available for deposition on a mutually agreeable date prior to Defendants' response brief, any expert proffered by Defendants will be made available for deposition on a mutually agreeable date prior to Plaintiff's reply brief.

DATED this 27th day of November, 2018.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk